IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

CHAD WILLIAMS,

    Plaintiff,

v.                            CASE NO. 1:10-cv-00203-MP-GRJ

MICHAEL J ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## O R D E R

    Pending before the Court is Defendant's Motion for Enlargement of Time. (Doc. 8.) Defendant requests a seven (7) day extension of time to file his answer to the complaint. Pursuant to Local Rule 7.1 counsel certifies that an attempt was made to contact Plaintiff's counsel, but the office of Plaintiff's counsel is closed through January 3, 2011. Nonetheless, the Court finds that the short extension of time requested would not cause undue prejudice to Plaintiff.

    Accordingly, Defendant's Motion For Enlargement of Time (doc. 8) is **GRANTED**. Defendant shall file his answer to the Complaint by **January 6, 2011.**

    **DONE AND ORDERED** this 28th day of December, 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge