# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

CHAD WILLIAMS,

    Plaintiff,

v.                                                CASE NO. 1:10cv203-MP-GRJ

MICHAEL J. ASTRUE,

    Defendant.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 14, 2011. (Doc. 23). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Pursuant to Sentence Four of 42 U.S.C. § 405(g) the decision of the Commissioner is REVERSED and REMANDED to the Commissioner for further proceedings so that the ALJ can accord proper weight to the opinion of the treating psychologist, Dr. Khalil Sakalla, Ph.D; accord appropriate weight to the VA's June 2008 70% disability rating; and to conduct such further proceedings that the Commissioner deems appropriate.

    **DONE and ORDERED** this 17th day of January, 2012.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **CHIEF UNITED STATES DISTRICT JUDGE**